

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 27 2004

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GERALDINE HARRELL**                                                                   **PLAINTIFF**

VS.                              NO. 3:04CV00266 GTE

**BARRY TEDDER, M.D. and**
**JONESBORO HEALTH SERVICES, L.L.C.**     This case assigned to District Judge _Eisele_
**d/b/a REGIONAL MEDICAL CENTER OF**      and to Magistrate Judge _Cavaneau_
**NORTHEAST ARKANSAS**                                                              **DEFENDANTS**

## COMPLAINT

Comes the Plaintiff, Geraldine Harrell, and for her cause of action states:

1. The Plaintiff, Geraldine Harrell, is a citizen and resident of the State of Missouri.

2. The defendant, Jonesboro Health Services, L.L.C. d/b/a Regional Medical Center of NEA is a domestic limited liability company which at all times relevant hereto owned, managed and operated Regional Medical Center of NEA, a hospital located in Jonesboro, Arkansas.

3. The defendant, Barry Tedder, is a physician, specializing in the field of cardiology, who resides and practices in Craighead County, Arkansas.

4. The Plaintiff's cause of action consists of medical negligence, occurring in Craighead County, Arkansas, and jurisdiction of this Court is appropriate under 28 U.S.C. 1332 based on diversity of citizenship. The amount in controversy exceeds the sum and amount of $75,000.00, exclusive of costs, interest, and attorneys fees.

5. That on or about August 23, 2002, the Plaintiff was admitted to Regional Medical Center of NEA for evaluation of her heart, including a heart catheterization (cardiac

angiography). The procedure involves the injection of dye, into the cardiac arteries, to allow visualization of the cardiac arteries. The procedure was performed by defendant Barry Tedder, M.D. at the cath lab at Regional Medical Center of NEA, and Dr. Tedder was assisted by employees of Jonesboro Health Services, L.L.C. d/b/a Regional Medical Center of NEA.

6. That during cardiac angiography, it is vitally important that all lines used to access the arteries are totally clear of air prior to and during the injection of dye into the patient. Unfortunately, during the procedure Geraldine Harrell was negligently injected with air, which traveled through her heart and into her brain, causing her to suffer a stroke.

7. That defendant Barry Tedder was negligent in failing to properly supervise the hospital employees assisting in the heart cath procedure by failing to insure that all lines were clear of air prior to and during the procedure.

8. That the cath lab employees of Jonesboro Health Services, L.L.C. d/b/a Regional Medical Center of NEA were negligent in allowing air into the arterial lines during the procedure and by not warning Defendant Barry Tedder that the lines were not clear.

9. Defendant Jonesboro Health Services, L.L.C. d/b/a Regional Medical Center of NEA is liable for any acts of negligence on the part of its employees who assisted in the heart cath procedure of Plaintiff Geraldine Harrell.

10. That as a result of the negligence of the defendants, and all of them, the resulting stroke to the Plaintiff's brain resulted in significant and permanent neurological damage.

11. That the Plaintiff, Geraldine Harrell, claims damages for the following:

    a. Medical expenses, past and future;

    b. Loss of earnings and loss of future earnings capacity;

    c. Pain, suffering, and mental anguish (past and future);

    d. Permanent neurological injury;

    e. Caretaking expenses; and

    f. All other damages available under Arkansas law;

12. That the Plaintiff, Geraldine Harrell, demands a trial by jury.

WHEREFORE, the Plaintiff, Geraldine Harrell, prays that upon trial of this matter she be awarded judgment in an amount exceeding the current minimum requirement for federal jurisdiction in diversity of citizenship cases, together with all other relief to which she may be entitled.

    Respectfully Submitted,

    THE BRAD HENDRICKS LAW FIRM
    500 C Pleasant Valley Drive
    Little Rock, Arkansas 72227
    (501) 221-0444
    (501) 661-0196 fax

    By: _____
      Lamar Porter  ABN 78128

    and

    Alif A. Williams
    Alif A. Williams & Associates
    1214 North and South Road
    St. Louis, MO  63130
    (314) 727-3334
    (314) 727-3349 fax