IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GERALDINE HARRELL                                                                                   PLAINTIFF

vs.                                       No. 3:04-CV-266 (GTE)

BARRY TEDDER, M.D.                                                                                  DEFENDANT

vs.

JONESBORO HEALTH SERVICES, LLC,
d/b/a REGIONAL MEDICAL CENTER OF
NORTHEAST ARKANSAS                                                                   THIRD-PARTY DEFENDANT

## ORDER

The stipulation of the parties in reference to this matter has been accepted and reviewed by the Court and it is hereby ORDERED, ADJUDGED AND DECREED that as follows:

1. Jonesboro Health Services, LLC, d/b/a Regional Medical Center of Northeast Arkansas (hereinafter "Regional Medical Center") was a party to this matter.

2. Regional Medical Center and Barry Tedder, M.D., are joint tort feasors as defined by Arkansas law.

3. Regional Medical Center has settled with the plaintiff.

4. Regional Medical Center of Northeast Arkansas took a pro rata release pursuant to the Uniform Contribution Among Joint Tort Feasors Act, as enacted in the State of Arkansas. A.C.A. § 16-61-201, et seq.

5. Barry Tedder, M.D. has filed a timely cross-claim against Regional Medical Center.

6. Barry Tedder, M.D. is entitled to the greater of a monetary credit against any adverse judgment that would be rendered against him on behalf of the plaintiff or a reduction based upon the percentage of fault attributed to Regional Medical Center by the jury in the trial of this matter.  In

the event no fault is assessed against Regional Medical Center, then no credit shall be assessed toward any judgment against Barry Tedder, M.D.

7. The amount of the settlement will be released to Barry Tedder, M.D. and his counsel and this Court subject to the terms of the confidentiality agreement between the parties solely for the use in this litigation.

8. There shall be no dissemination of the settlement terms to any third persons for any reasons unless further ordered by the Court.

9. Regional Medical Center does not need to appear in defense of the cross-claim in this matter because the terms of the release under Arkansas law prevents a judgment being rendered against it in this cause.

IT IS SO ORDERED this 6th day of October, 2005.

                                          __/s/Garnett Thomas Eisele_____
                                             Hon. G. Thomas Eisele

Mr. Alif A. Williams
ALIF A. WILLIAMS & ASSOCIATES
1214 North and South Road
St. Louis, MO  63130

Mr. Lamar Porter
THE BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley Drive
Little Rock, AR  72227

By:_____
      Attorneys for Plaintiff

Paul D. McNeill (79206)
WOMACK, LANDIS, PHELPS,
  McNEILL & McDANIEL, P.A.
Post Office Box 3077
Jonesboro, AR  72403
(870) 932-0900


By:_____
        Attorneys for Defendant


Mr. Tim Boone
HUCKABAY, MUNSON, ROWLETT & MOORE, P.A.
Regions Center
400 West Capitol Avenue, Suite 1900
Little Rock, AR  72201

By: _____
        Attorneys for Defendant