# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**GERALDINE HARRELL**

**vs.**                                              **NO. 3:04CV00266 GTE**

**BARRY TEDDER, M.D., and JONESBORO
HEALTH SERVICES, L.L.C., d/b/a REGIONAL
MEDICAL CENTER OF NORTHEAST ARKANSAS**

## ORDER OF DISMISSAL

On this 7th day of November , 2005, it is represented to the Court that this case has been fully compromised and settled by the Plaintiff and the remaining defendant, Barry Tedder, M.D.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case be, and it is hereby, dismissed with prejudice as to the remaining Defendant, Barry Tedder, M..D.  This also is a dismissal with prejudice of the third party complaint.

SO ORDERED this 7th day of November, 2005.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE